## People of City of Ottawa, Appellants, v. City of Ottawa, Appellee.

Gen. No. 10,072.

opinion filed April 18, 1946; released for publication May 6, 1946. Linwood Connellee and George V. B. Weeks, for appellants; George S. Wiley, former acting City Attorney and George H. Wiley, City Attorney, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.